# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | |
| Plaintiff, | Case No. 2:17-cv-00304-GMN-GWF |
| vs. | **ORDER** |
| GJS GROUP, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Withdraw his Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 7), filed on March 1, 2017. The Court conducted a hearing in this matter on March 3, 2017. After considering Plaintiff's motion as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw his Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 7) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 3, 2017** to pay the $400 filing fee in this case. If the filing fee is paid, the Complaint (ECF No. 1-1) will be filed and the action may proceed. If Plaintiff fails to pay the filing fee by that date, this case will be closed.

DATED this 3rd day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge