# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | |
| Plaintiff, | Case No. 2:17-cv-00304-GMN-GWF |
| vs. | **ORDER** |
| GJS GROUP, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Extension of Time (ECF No. 44), filed on November 15, 2017.

Plaintiff requests a three day extension of time (from November 14 to November 17) to file his reply to Intervenor's Opposition to Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 42). Because the requested extension is only three days, the Court will grant Plaintiff's request. However, this is without prejudice to Intervenor filing an objection to Plaintiff's reply as untimely if it desires to do so. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (ECF No. 44) is **granted**. Plaintiff has until November 17, 2017 to file his reply. However, Intervenor may file an objection if it so desires.

DATED this 16th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge