ADAM PAUL LAXALT
  Attorney General
ERNEST FIGUEROA
  Consumer Advocate
Lucas J. Tucker (Bar. No. 010252)
  Senior Deputy Attorney General
Mark J. Krueger (Bar No. 007410)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
10791 W. Twain Avenue, Suite 100
Las Vegas, NV 89135
(702) 486-3256 (phone)
(702) 486-3283 (fax)
ltucker@ag.nv.gov
mkrueger@ag.nv.gov

*Attorneys for State of Nevada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GJS GROUP, INC.,<br><br>Defendant,<br><br>vs.<br><br>STATE OF NEVADA, ex rel.<br>ADAM PAUL LAXALT, Attorney General<br><br>Defendant-Intervenor. | Case No.: CV:2-17-00304-GMN-GWF<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS** |

Plaintiff Kevin Zimmerman, through its counsel Whitney Wilcher, and the Defendant-Intervenor State of Nevada *ex rel.*, the Nevada Attorney General (the "State"), through its counsel Chief Deputy Attorney General Mark Krueger and Senior Deputy Attorney General Lucas Tucker, hereby move this Court for an Order staying all proceedings. The State previously filed a Motion to Consolidate this action with all other actions filed by Plaintiff that are still pending in the District of Nevada (ECF 37), and a stay of proceedings in the instant action would be appropriate until the Court's ruling on

that motion and consideration of, or ruling on, any subsequent dispositive motions filed by the State.

## I. BACKGROUND

On August 8, 2017, the State filed a Motion to Intervene for Limited Purposes in the instant action (ECF 28; "MTI"). On October 11, 2017, the Court issued an Order (ECF 35) granting the MTI and permitting the State to proceed with its efforts for consolidation. On October 17, 2017, the State filed its Motion to Consolidate Cases for Limited Purposes (ECF 37; "MTC"). The MTC has been fully briefed by the Plaintiff and the State, but the Court has not yet ruled on the State's request to consolidate cases for limited purposes.

If the Court grants the MTC, the State intends to file one or more dispositive motions at the appropriate time(s) to dismiss all consolidated cases based on (i) alleged lack of subject-matter jurisdiction (i.e., Plaintiff's alleged lack of standing), and (ii) alleged failure by the Plaintiff to state claims upon which relief can be granted. The parties anticipate that, if the Court grants the MTC, the instant case would be among those cases consolidated by the Court for these purposes.

## II. LEGAL ARGUMENT

"Every court has the inherent power to stay causes on its docket with a view to avoiding duplicative litigation, inconsistent results, and waste of time and effort by itself, the litigants and counsel." *Stern v. U.S.*, 563 F.Supp. 484, 489 (D. Nev. 1983) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 165, 81 L.Ed. 153 (1936), (additional citations omitted)).

In the instant action, the State and Plaintiff have agreed upon a discovery plan that would apply to the instant case, and have filed a Joint Discovery Plan and Scheduling Order (ECF 48) for the Court's approval. However, engaging in discovery would be a waste of the parties' resources and judicial resources if the Court grants the MTC and permits the State to file dispositive motions.

A stay of proceedings would not prejudice any party. If the Court denies the MTC, it may automatically lift any stay. However, if the Court grants the MTC and permits the State to file a motion to dismiss, the Court may, in its discretion, impose the stay until such motion(s) is/are resolved by the Court, or fully briefed by the parties.

## III. CONCLUSION

For the reasons stated above, the Plaintiff and the State respectfully move for a stipulated order to stay all proceedings in the instant action until after the Court rules on the MTC and any subsequent motion(s) to dismiss filed by the State.

**RESPECTFULLY** submitted this 27th day of November, 2017.

/s/ Whitney C. Wilcher, Esq.
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
8465 W. Sahara Avenue, Suite 111-236
Las Vegas, NV 89119
702-466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Lucas J. Tucker
Senior Deputy Attorney General
Mark J. Krueger (Bar No. 007410)
Chief Deputy Attorney General
*Attorneys for the Defendant-Intervenor, State of Nevada*

**IT IS SO ORDERED:**

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: November 28, 2017

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Whitney C. Wilcher, counsel for Plaintiff Kevin Zimmerman, and that I have obtained Mr. Wilcher's authorization to affix his electronic signature to this document

Dated: November 27, 2017

>Respectfully submitted,
>
>ADAM PAUL LAXALT
>Nevada Attorney General
>
>By: /s/ Lucas J. Tucker
>Senior Deputy Attorney General
>Mark J. Krueger (Bar No. 007410)
>Chief Deputy Attorney General
>*Attorneys for the Defendant-Intervenor, State of Nevada*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS** with the Clerk of the Court by using the electronic filing system.

I certify that the following participants in this case are registered electronic filing system users and will be served electronically:

Whitney C. Wilcher
E-mail:  wcwilcher@hotmail.com
  sydney@nevadaada.com
  wcw@nevadaada.com

**AND/OR**

I certify that some of the participants in the case are not registered electronic filing system users. For those parties not registered service was made by depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada to the following unregistered participants:

GJS Group, Inc.
8080 S. Las Vegas Blvd.
Las Vegas, NV 89123

Dated: November 27, 2017

/s/ Dorianne Potnar
An employee of the
Office of the Attorney General