Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, | Case Nos: |
| Plaintiff, | |
| v. | 2:17-cv-00304-GMN-GWF |
| | 2:17-cv-00307-GMN-GWF |
| | 2:17-cv-00312-GMN-GWF |
| | 2:17-cv-00397-GMN-GWF |
| GJS Group, Inc., | 2:17-cv-00433-GMN-GWF |
| | 2:17-cv-00536-GMN-GWF |
| Defendant, | 2:17-cv-00554-GMN-GWF |
| v. | 2:17-cv-00560-GMN-GWF |
| | 2:17-cv-00563-GMN-GWF |
| State of Nevada, ex rel. | 2:17-cv-00567-GMN-GWF |
| Adam Paul Laxalt, Attorney General, | 2:17-cv-00569-GMN-GWF |
| | 2:17-cv-00595-GMN-GWF |
| | 2:17-cv-00596-GMN-GWF |
| Defendant-Intervenor, | 2:17-cv-00597-GMN-GWF |
| | 2:17-cv-00602-GMN-GWF |
| | 2:17-cv-00796-GMN-GWF |
| And related cases. | 2:17-cv-00830-GMN-GWF |
| | 2:17-cv-00833-GMN-GWF |
| | 2:17-cv-00834-GMN-GWF |
| | 2:17-cv-00935-GMN-GWF |
| | 2:17-cv-00973-GMN-GWF |
| | 2:17-cv-00974-GMN-GWF |
| | 2:17-cv-00976-GMN-GWF |
| | 2:17-cv-00977-GMN-GWF |

| | |
|---|---|
| | 2:17-cv-01183-GMN-GWF |
| | 2:17-cv-01194-GMN-GWF |
| | 2:17-cv-01198-GMN-GWF |
| | 2:17-cv-01199-GMN-GWF |
| | 2:17-cv-01201-GMN-GWF |
| | 2:17-cv-01206-GMN-GWF |
| | 2:17-cv-01209-GMN-GWF |
| | 2:17-cv-01259-GMN-GWF |
| | 2:17-cv-01300-GMN-GWF |
| | 2:17-cv-01302-GMN-GWF |
| | 2:17-cv-01308-GMN-GWF |
| | 2:17-cv-01315-GMN-GWF |
| | 2:17-cv-01338-GMN-GWF |
| | 2:17-cv-01347-GMN-GWF |
| | 2:17-cv-01358-GMN-GWF |
| | 2:17-cv-01359-GMN-GWF |

# **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO CONSOLIDATED MOTION TO DISMISS**

Plaintiff, Kevin Zimmerman and Defendant-Intervenor, Attorney General Adam Paul Laxalt (the, "State"), by and through the undersigned counsel, hereby stipulate that the deadline for Plaintiff to respond to the State's Consolidated Motion to Dismiss may be extended from April 30, 2018 to Tuesday, May 8, 2018.

Good cause exists to extend the time for Plaintiff to respond to the State's Motion to Dismiss. Notably, the additional days Plaintiff seeks, and the only time the State consented to, are the exact same amount of days the State had to file its Motion to Dismiss. Further, the Court ordered the Consolidated Defendants to either join in on the State's Motion to Dismiss or to refile upon resolution of the State's Motion. *See* Doc. 57. Various Defendant have filed notice of joinders to the State's Motion and a few Consolidated

2

Defendants have filed additional memorandum of points and authorities. *See Zimmerman v. Sareh Siavash*, Case No. 2:17-cv-00560-GMN-GWF (D. Nev. April 23, 2018)(Doc. 63). Plaintiff requests additional time so all arguments are adequately addressed in the his Response to the State's Motion to Dismiss.

This extension is being requested in good faith and is the first request in this case.

**RESPECTFULLY** submitted on this 30th day of April 2018.

| | |
|---|---|
| */s/ Whitney C. Wilcher* <br> Whitney C. Wilcher, Esq. <br> THE WILCHER FIRM <br> Nevada State Bar No. 7212 <br> 8465 West Sahara Avenue <br> Suite 111-236 <br> Las Vegas, NV 89117 <br> (702) 466-1959 <br> Email: wcw@nevadaada.com <br> *Attorney for Plaintiff* | */s/ Lucas Tucker* (with permission) <br> Lucas Tucker <br> Nevada Attorney General <br> 10791 West Twain Ave., Ste 100 <br> Las Vegas, NV 89135 <br> 702-486-3256 <br> Fax: 702-486-3283 <br> Email: ltucker@ag.nv.gov <br> *Attorney for Defendant-Intervenor* |

## **ORDER**

**IT IS HEREBY ORDERED** that the Parties' Stipulated Motion for Extension of Time is hereby **GRANTED**. Plaintiff shall file its Response to the State-Intervenor's Consolidated Motion to Dismiss by no later than May 8, 2018.

**IT IS SO ORDERED.**

DATED this __30__ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

     I hereby certify that on this 30th day of April 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Lucas Tucker
Nevada Attorney General
10791 West Twain Ave., Ste 100
Las Vegas, NV 89135
702-486-3256
Fax: 702-486-3283
Email: ltucker@ag.nv.gov
*Attorney for Defendant-Intervenor*

Mark J. Krueger
100 N Carson St
Carson City, NV 89701-4717
775-684-1100
Fax: 775-684-1108
Email: mjkruege@ag.state.nv.us
*Attorney for Defendant-Intervenor*

     I also hereby certify that on this 30th day of April 2018, I caused a true and correct copy of the foregoing to be served via first class mail, postage prepaid to the following:

GJS Group, Inc.
8080 S. Las Vegas Blvd.
Las Vegas, NV 89123
*Defendant*
*Sent via U.S Mail*

4

*by: ls*