Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
400 South 4th Street Suite 500
Las Vegas, NV 89101
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, | Case Nos: |
| Plaintiff, | 2:17-cv-00304-GMN-GWF |
| v. | 2:17-cv-00307-GMN-GWF |
| | 2:17-cv-00312-GMN-GWF |
| | 2:17-cv-00397-GMN-GWF |
| | 2:17-cv-00433-GMN-GWF |
| GJS Group, Inc., | 2:17-cv-00536-GMN-GWF |
| | 2:17-cv-00554-GMN-GWF |
| Defendant, | 2:17-cv-00560-GMN-GWF |
| v. | 2:17-cv-00563-GMN-GWF |
| | 2:17-cv-00567-GMN-GWF |
| State of Nevada, ex rel. | 2:17-cv-00569-GMN-GWF |
| Adam Paul Laxalt, Attorney General, | 2:17-cv-00595-GMN-GWF |
| | 2:17-cv-00596-GMN-GWF |
| | 2:17-cv-00597-GMN-GWF |
| Defendant-Intervenor, | 2:17-cv-00602-GMN-GWF |
| | 2:17-cv-00796-GMN-GWF |
| | 2:17-cv-00830-GMN-GWF |
| And related cases. | 2:17-cv-00833-GMN-GWF |
| | 2:17-cv-00834-GMN-GWF |
| | 2:17-cv-00935-GMN-GWF |
| | 2:17-cv-00973-GMN-GWF |
| | 2:17-cv-00974-GMN-GWF |
| | 2:17-cv-00976-GMN-GWF |
| | 2:17-cv-00977-GMN-GWF |
| | 2:17-cv-01183-GMN-GWF |
| | 2:17-cv-01194-GMN-GWF |
| | 2:17-cv-01198-GMN-GWF |
| | 2:17-cv-01199-GMN-GWF |

| |
|---|
| 2:17-cv-01201-GMN-GWF |
| 2:17-cv-01206-GMN-GWF |
| 2:17-cv-01209-GMN-GWF |
| 2:17-cv-01259-GMN-GWF |
| 2:17-cv-01300-GMN-GWF |
| 2:17-cv-01302-GMN-GWF |
| 2:17-cv-01308-GMN-GWF |
| 2:17-cv-01315-GMN-GWF |
| 2:17-cv-01338-GMN-GWF |
| 2:17-cv-01347-GMN-GWF |
| 2:17-cv-01358-GMN-GWF |
| 2:17-cv-01359-GMN-GWF |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

Pursuant to Local Rule 7-3, Plaintiff, Kevin Zimmerman, moves this Court for an Order granting him permission to file a twenty-eight (28) page Response to State's Motion to Dismiss. (Doc. 58). While motions to exceed page limits are viewed with disfavor, good cause exits in light of the procedural posture of these consolidated cases.

Responses to motions are limited to twenty (24) pages. *See* LR 7-3(b). It is necessary for the Plaintiff to exceed the twenty-four (24) page limitation due to the complexity of the issues raised by the State in its Motion to Dismiss and the additional memorandum of points and authorities submitted by at least one other defendant. *See generally* Declaration of Whitney Wilcher. Plaintiff is tasked with addressing all issues raised by opposing parties and requires an additional four (4) pages to set forth his arguments why dismissal is inappropriate. In addition, Plaintiff contacted representatives for the State who do not oppose this Motion. *Id.*

WHEREFORE, Plaintiff respectfully request the Court grant leave for Plaintiff to exceed the page limit to his Response to the State's Motion to Dismiss. A Declaration is submitted, herewith.

**RESPECTFULLY** submitted on this 7th day of May 2018.

                                        */s/ Whitney C. Wilcher*
                                        Whitney C. Wilcher, Esq.
                                        THE WILCHER FIRM
                                        Nevada State Bar No. 7212
                                        400 South 4th Street Suite 500
                                        Las Vegas, NV 89101
                                        (702) 466-1959
                                        Email: wcw@nevadaada.com
                                        *Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED**; Plaintiff's Motion for Leave to File Excess Pages to its Response to the State's Consolidated Motion to Dismiss is hereby **GRANTED**. Plaintiff shall file its over-length Response to the State-Intervenor's Consolidated Motion to Dismiss by no later than May 8, 2018.

      **IT IS SO ORDERED.**

DATED this __7__ day of May, 2018.       _____
                                                           Gloria M. Navarro, Chief Judge
                                                           UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | I hereby certify that on this 7th day of May 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record: |

Lucas Tucker
Nevada Attorney General
10791 West Twain Ave., Ste 100
Las Vegas, NV 89135
702-486-3256
Email: ltucker@ag.nv.gov
*Attorney for Defendant-Intervenor*

Mark J. Krueger
100 N Carson St
Carson City, NV 89701-4717
775-684-1100
Fax: 775-684-1108
Email: mjkruege@ag.state.nv.us
*Attorney for Defendant-Intervenor*

David F Faustman
Fox Rothschild LLP,One Summerlin
1980 Festival Plaza Drive Suite 700
Las Vegas, NV 89135
702-262-6899
Email: dfaustman@foxrothschild.com
*Attorney for Defendant Party City Corp.*

Teodora Hrissimiro Popova
Fox Rothschild LLP
1980 Festival Plaza Drive Suite 700
Las Vegas, NV 89135
(702) 699-5910
Email: tpopova@foxrothschild.com
*Attorney for Defendant Party City Corp.*

Lynn V. Rivera
Burnham Brown
200 S. Virginia St., 8th Flr
P.O. Box 2860
Reno, NV 89501
775-398-3065
Email: lrivera@burnhambrown.com
*Attorney for Defendant Starbucks Corp.*

Dalton L. Hooks
Alverson Taylor Mortensen & Sanders
6605 Grand Montecito Parkway Suite 200
Las Vegas, NV 89149
702-384-7000
Email: trodriguez@alversontaylor.com
*Attorney for Defendant Smith's Food & Drug Centers, Inc.*

Gregory Francis Hurley
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr., 4th Flr.
Costa Mesa, CA 92626
714-513-5100
Email: ghurley@sheppardmullin.com
PRO HAC VICE
*Attorney for Defendant Smith's Food & Drug Centers, Inc.*

Mari K Schaan
Hooks Meng Schaan Clement PLLC
2820 W Charleston Blvd Suite C-23
Las Vegas, ND 89102
702-766-4672
Email: mari@hmscnv.com
*Attorney for Defendant Smith's Food & Drug Centers, Inc.*

Michael Johnson Chilleen
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr., 4th Flr.
Costa Mesa, CA 92626
714-513-5100
Email: mchilleen@sheppardmullin.com
PRO HAC VICE
*Attorney for Defendant Smith's Food & Drug Centers, Inc. & Smiths Food #346*

| | | |
|---|---|---|
| 1 | Dylan T. Ciciliano | Trevor Waite |
| 2 | Garman Turner Gordon LLP<br>650 White Drive Suite 101 | Alverson Taylor Mortensen & Sander<br>6605 Grand Montecito Parkway Suite 200 |
| 3 | Las Vegas, NV 89119<br>Email: dciciliano@gtg.legal | Las Vegas, NV 89149<br>702-384-7000 |
| 4 | *Attorney for Defendant Speedee Mart, Inc.* | Email: twaite@alversontaylor.com<br>*Attorney for Defendant WBF McDonald's* |
| 5 | Gregory E Garman | *Management, LLC & Snowed Inn* |
| 6 | Garman Turner Gordon<br>650 White Drive Suite 100 | Justin R. Taruc<br>Hawkins Melendrez, P.C. |
| 7 | Las Vegas, NV 89119<br>Email: ggarman@gtg.legal | 9555 Hillwood Drive, Ste. 150<br>Las Vegas, NV 89134 |
| 8 | *Attorney for Defendant Speedee Mart, Inc.* | 702-318-8800<br>Email: jtaruc@hawkinsmelendrez.com |
| 9 | John P. Aldrich<br>Aldrich Law Firm, Ltd. | *Attorney for Defendant Sareh Siavash* |
| 10 | 1601 S. Rainbow Blvd, Ste 160<br>Las Vegas, NV 89146 | Geoffrey W. Hawkins |
| 11 | Email: jaldrich@johnaldrichlawfirm.com<br>*Attorney for Defendant WTS Investments d.b.a* | Hawkins Melendrez, P.C.<br>9555 Hillwood Drive, Ste. 150 |
| 12 | *KFC & 7-Eleven, & Rose Group Holdings* | Las Vegas, NV 89134<br>(702) 318-8800 |
| 13 | Julie Rae Trotter | Email: ghawkins@hawkinsmelendrez.com<br>*Attorney for Defendant Sareh Siavash* |
| 14 | Call & Jensen<br>610 Newport Center Drive Suite 700 | |
| 15 | Newport Beach, CA 92660<br>Email: jtrotter@calljensen.com | Martin I. Melendrez<br>Hawkins Melendez, P.C. |
| 16 | PRO HAC VICE<br>*Attorney for Defendant WTS Investments d.b.a* | 9555 Hillwood Drive Suite 150<br>Las Vegas, NV 89134 |
| 17 | *KFC* | mmelendrez@hawkinsmelendrez.com<br>*Attorney for Defendant Sareh Siavash* |
| 18 | Michael S. Orr<br>Call & Jensen | Kelly H Dove |
| 19 | 610 Newport Center Drive Suite 700<br>Newport Beach, CA 92660 | Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway |
| 20 | PRO HAC VICE<br>*Attorney for Defendant WTS Investments d.b.a* | Las Vegas, NV 89169<br>Email: kdove@swlaw.com |
| 21 | *KFC;7-Eleven & Rose Group Holdings* | *Attorney for Defendant Einstein and Noah<br>Corp.* |
| 22 | Kurt R. Bonds | Michael Paretti |
| 23 | Alverson Taylor Mortensen, et al<br>6605 Grand Montecito Parkway Suite 200 | Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway Suite 1100 |
| 24 | Las Vegas, NV 89149<br>Email: efile@alversontaylor.com | Las Vegas, NV 89169<br>702-784-5219 |
| 25 | *Attorney for Defendant WBF McDonald's<br>Management, LLC & Snowed In* | Email: mparetti@swlaw.com<br>*Attorney for Defendant Einstein and Noah<br>Corp* |
| 26 | | |
| 27 | | |
| 28 | | |

C. Butterfield
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South Fourth Street 11th Floor
Las Vegas, NV 89101
702-727-1400
Email: chad.butterfield@wilsonelser.com
*Attorney for Defendant Target Corporation*

Richard L Tobler
Richard L. Tobler, Ltd.
3654 N. Rancho Drive
Las Vegas, NV 89130
(702) 256-6000
Email: rltltdck@hotmail.com
*Attorney for Defendant National Retail Properties, LP & Wendy's of Las Vegas*

I also hereby certify that on this 7th day of May 2018, I caused a true and correct copy of the foregoing to be served via first class mail, postage prepaid to the following:

J & M Sales, Inc.
dba Fallas
3085 E. Tropicana Ave
Las Vegas, NV 89121

Michael S. Orr
Call & Jensen
610 Newport Center Dr., Ste 700
Newport Beach, CA 92660
1259, 1315

GJS Group, Inc.
8080 S. Las Vegas Blvd.
Las Vegas, NV 89123

Eurostar, Inc.
dba Eurostar WSS
3870 S. Maryland Pkwy, Ste B
Las Vegas, NV 89119

A.Z.Y. Mander, Inc.
6515 S. Eastern Ave
Las Vegas, NV 89119

Via Veneta of CA Corp
5955 S. Eastern Ave
Las Vegas, NV 89119

WTS Investments, LLC
clo David Wehrman
4802 Longley Lane
Reno, NV 89502
Its Statutory Agent

WTS Investments, LLC
1353 E. Silverado Ranch Blvd
Las Vegas, NV 89183

La Cocina, LLC
clo Law Offices of David A. Straus, LLC
900 Rancho Lane
Las Vegas, NV 89106
Its Statutory Agent

Tropicana 1611, Inc.
dba IHOP #1611
3260 E. Tropicana Ave
Las Vegas, NV 8912

*By: LS*